UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS EARL J. DORSEY, Jr.,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. DAVID FLEMING, et al.,<br><br>    Defendants. | CASE NO. C12-2258-JCC-MAT<br><br>ORDER DENYING SECOND REQUEST FOR APPOINTMENT OF COUNSEL |

This matter comes before the Court on plaintiff's second request for appointment of counsel, filed less than a month after his first request (Dkt. 14) was denied by this Court (Dkt. 15). The Court, having reviewed plaintiff's request and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's second request for appointment of counsel (Dkt. 18) is DENIED for the reasons set forth earlier (Dkt. 15).

(2) The Clerk shall direct copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

ORDER DENYING SECOND REQUEST FOR
APPOINTMENT OF COUNSEL
PAGE -1

01      DATED this <u>2nd</u> day of April, 2013.

02

03

                                             Mary Alice Theiler

04                                           United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING SECOND REQUEST FOR
APPOINTMENT OF COUNSEL
PAGE -2