UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS EARL DORSEY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FLEMING, *et al.*,<br><br>Defendants. | CASE NO. C12-2258-JCC-MAT<br><br>ORDER STRIKING PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND DENYING MOTION FOR MORE SUPPLIES |

The Court STRIKES as moot plaintiff's petition for writ of habeas corpus ad testificandum. (Dkt. 20.) There are no scheduled hearings in this matter. If and when the Court schedules a hearing, the Court will ensure that *pro se* plaintiff is present if counsel is not later appointed to represent him.

The Court DENIES as vague and unsupported plaintiff's motion for more supplies. (Dkt. 21.) The Court notes that the Clerk has corrected plaintiff's name on the docket as he requested.

ORDER STRIKING PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM AND
DENYING MOTION FOR MORE SUPPLIES - 1

1
2
3  Dated this 9th day of April, 2013.
4
5  _____
   Mary Alice Theiler
6  United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
ORDER STRIKING PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM AND
DENYING MOTION FOR MORE SUPPLIES - 2